# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

DOMINIC J. COLOUTES, SR.,

Appellant/Cross-Appellee,

v.

NICOLE A. FARANTATOS,

Appellee/Cross-Appellant.

No. 2D2022-2925

———————————————————

August 28, 2024

Appeal from the Circuit Court for Hillsborough County; Jack N. Gutman, Judge.

Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for Appellant/Cross-Appellee.

Samuel J. Salario of Lawson Huck Gonzalez, PLLC, Tampa, for Appellee/Cross-Appellant.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and SILBERMAN, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.